FILED: March 28, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1216
(1:24-cv-00273-BAH)

_____

JUSTYNA JENSEN

    Plaintiff - Appellant

v.

MARYLAND CANNABIS ADMINISTRATION; WILLIAM TILBURG

    Defendants - Appellees

_____

O R D E R

_____

The court defers consideration of the motion to expedite appeal pending assignment of this case to a panel.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk